UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERTHA DOMINGUEZ,

Plaintiff,

v.

SONESTA INTERNATIONAL HOTELS CORPORATION,

Defendant.

Case No.  22-cv-03027-JCS

**ORDER FOR PARTIES TO FILE JOINT STATEMENT AND STIPULATED DISMISSAL**

The parties have informed the Court that they have reached a resolution of the case and request that the Court enter an order dismissing the case with prejudice.  Because this case was brought as a putative class action, the Court is required under Rule 23(e) of the Federal Rules of Civil Procedure and *Diaz v. Trust Territory of Pac. Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989) to conduct a limited review to ensure that dismissal of the case will not result in prejudice to the absent putative class members.  In particular, the Court must consider potential prejudice from: (1) "possible reliance on the filing of the action if they are likely to know of it either because of publicity or other  circumstances"; (2) "lack of adequate time for class members to file other actions, because of a rapidly approaching statute of limitations"; and (3) "any settlement or concession of class interests made by the class representative or counsel in order to further their own interests." *Diaz*, 876 F.2d at 1408;  *see also Lyons v. Bank of Am., NA*, No. C 11-1232 CW, 2012 WL 5940846, at *1 (N.D. Cal. Nov. 27, 2012) (observing that "Courts in this district have expressed some uncertainty about whether Rule 23(e) still applies to pre-certification settlement proposals in the wake of the 2003 amendments to the rule but have generally assumed that it

does") (citing cases).

Accordingly, the parties are requested to supply a joint statement, with a supporting declaration if appropriate, addressing why dismissal with prejudice is consistent with *Diaz.* In addition, the parties shall file a stipulated dismissal that makes clear that while the claims of the named plaintiff will be dismissed with prejudice, claims of putative class members will be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  February 17, 2026

JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
Northern District of California

2