UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA DOMINGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>SONESTA INTERNATIONAL HOTELS CORPORATION,<br><br>Defendant. | Case No.  22-cv-03027-JCS<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>Re: Dkt. No. 50 |

Plaintiff BERTHA DOMINGUEZ ("Plaintiff") has submitted a Stipulation for Dismissal ("Stipulation") of Plaintiff's individual claims and PAGA class claims with prejudice and the other class claims without prejudice.  Dkt. no. 50. The parties have also supplied a statement addressing the factors articulated in *Diaz v. Trust Territory of Pac. Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989), which requires that the Court conduct a limited review under Rule 23(e) of the Federal Rules of Civil Procedure to ensure that dismissal of the case will not result in prejudice to the absent putative class members. Dkt. no. 49.  The Court has reviewed the information provided by the parties and finds that the dismissal satisfies the requirements of *Diaz* and Rule 23(e) and will not result in prejudice to absent class members.  Accordingly, having considered the Stipulation and for good cause, the Court hereby orders:

1. That Plaintiff's individual claims be dismissed with prejudice as to herself.

2. That Plaintiff's PAGA cause of action in the operative First Amended Complaint be dismissed with prejudice.

3. That the other class claims in the First Amended Complaint be dismissed without prejudice as to the other putative Class Members.

United States District Court
Northern District of California

4. That each side shall bear its own fees and costs except as provided in the agreement

**IT IS SO ORDERED.**

Dated: March 6, 2026

_____

JOSEPH C. SPERO
United States Magistrate Judge